■ In the Matter of ROMAN E.A., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DANIELLE M., Appellant. (Appeal No. 1.) [965 NYS2d 909]—Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered November 23, 2011 in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, adjudged that the subject child is the child of a mentally ill parent.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Roman E.A. (Danielle M.)* (107 AD3d 1455 [2013]). Present—Centra, J.P., Fahey, Lindley, Sconiers and Valentino, JJ.